472 A.2d 262

Estate of Marra, etc., Appellant, v. TransAmerican, etc. (at No. 1170).

Rhodaberger, etc., Appellant, v. TransAmerican, et al. (at No. 1171).

Argued June 9, 1983. Charles H. Alpern, for appellants; Louis C. Long, for appellees.

Before CERCONE, President Judge, and SPAETH and HESTER, JJ.

The orders of the trial court sustaining appellees' preliminary objections and dismissing appellants' complaints are reversed. Case remanded; jurisdiction relinquished.